LSK&D #: 395-7012 / 1361082
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
GREAT AMERICAN INSURANCE COMPANY
a/s/o 110 LIVINGSTON DEVELOPMENT, LLC.,

                                   Plaintiff,

               -against-

INTEGRATED HVAC SYSTEMS & SERVICES
INC., BALTIMORE AIRCOIL COMPANY, INC. and
AUTOMATIC SWITCH COMPANY,

                                 Defendants.
-----------------------------------------------------------------x
INTEGRATED HVAC SYSTEMS & SERVICES
INC.,

                       Third-Party Plaintiff,

               -against-

TWO TREES MANAGEMENT CO., LLC, and TWO
TREES LLC,

                    Third-Party Defendants.
-----------------------------------------------------------------x

Docket No.:
09-CV-2539 (FB)(JO)

**STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE**

Docket No.:

     The parties stipulate that this action, including all counterclaims, cross claims and third-party claims, is dismissed with prejudice and without costs or attorneys' fees to any party, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated:     New York, New York
              March 5, 2010

LESTER SCHWAB KATZ & DWYER, LLP

_____
Daniel J. Fox
Attorneys for Plaintiff
Great American Insurance Company a/s/o 110
Livingston Development, LLC
120 Broadway
New York, New York  10271
(212) 964-6611

FELDMAN RUDY KIRBY & FARQUHARSON

_____
Gerald F. Kirby, Esq.
Attorneys for Defendant Integrated
Hvac Systems & Services Inc
1400 Old Country Road, Suite 301
Westbury, NY 11590
(516) 334-2500

LAW OFFICES OF DAVID L. FERSTENDIG, LLC

_____
David L. Ferstendig, Esq.
Attorneys for Defendant Baltimore Aircoil Company, Inc.
292 Madison Avenue New York, NY 10017
(212) 213-1233

QUIRK AND BAKALOR, P.C.

_____
Susan B. Clearwater, Esq.
Attorneys for Defendant Automatic Switch Company
845 Third Avenue New York, NY 10022-6601
(212) 319-1000


**So Ordered:**

_____
**Hon.**          **, U.S.D.J.**          **Date**